UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**TERRY HOOVER, ET AL.**                                      CIVIL ACTION

**VERSUS**

**ACE AMERICAN INSURANCE**                        NO. 21-00047-BAJ-EWD
**COMPANY, ET AL.**

## RULING AND ORDER

Before the Court is Plaintiffs' Motion to Remand (Doc. 6), seeking to have this action returned to the 21st Judicial District Court for the Parish of Livingston, State of Louisiana. Consistent with guidance of the U.S. Court of Appeals for the Fifth Circuit, Plaintiffs support their Motion with a binding stipulation clarifying that the amount in controversy did not exceed $75,000 at the time of removal. *See Gebbia v. Wal-Mart Stores, Inc.*, 233 F.3d 880, 883 (5th Cir. 2000) ("post-removal affidavits may be considered in determining the amount in controversy at the time of removal … if the basis for jurisdiction is ambiguous at the time of removal").

On February 17, 2021, the Magistrate Judge conducted a telephone status conference wherein Defendants confirmed that they do not object to Plaintiffs' Motion in light of Plaintiffs' stipulation. Thereafter, the Magistrate Judge issued a Telephone Conference Report and Recommendation recommending that Plaintiffs' Motion be granted, and that this action be returned to the 21st Judicial District Court for all further proceedings. (Doc. 12). There is no objection to the Magistrate Judge's recommendation.

Having carefully considered Plaintiffs' Motion and stipulation, the Court **APPROVES** the Magistrate Judge's Telephone Conference Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion to Remand (Doc. 6) be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned action be and is hereby **REMANDED** to the 21st Judicial District Court for the Parish of Livingston, State of Louisiana.

Baton Rouge, Louisiana, this 13th day of April, 2021

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**